U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 27, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Adrian Hislop*, 18 Cr. 613 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter to request that the Court convene a status conference in this case on November 1, 2023, at 11:30 a.m., at which status conference the Court can consider appointing new counsel to represent the defendant. The Government further requests that sentencing in this case, which is currently scheduled for November 1, 2023, at 11:30 a.m., be adjourned pending the possible appointment of new counsel for the defendant.

*[Handwritten: Susan Walsh, CJA attorney on duty November 1, is appointed to represent Mr. Hislop. Mr. Biniakewitz is relieved. Ms. Walsh shall inform the Court by letter no later than November 15 when she will be prepared to proceed with sentencing. In the meantime, sentencing is adjourned sine die.]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Daniel H. Wolf / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2337 / 2198

cc:   All defense counsel of record (by ECF)
      Courtney DeFeo, United States Pretrial Services Officer (by email)

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/30/23